■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANETTE HARPER, Appellant. [705 NYS2d 268] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered October 29, 1997, convicting her of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to certain portions of the prosecutor's summation are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Cuffy,* 265 AD2d 421; *People v Nuccie,* 57 NY2d 818, 819) or without merit.

The Supreme Court providently exercised its discretion by admitting into evidence photographs depicting the victim's injuries (*see, People v Mastropietro,* 232 AD2d 725).

Contrary to the defendant's contention, "[m]ere eligibility for youthful offender status does not mandate youthful offender treatment, and the grant of such a benefit lies wholly within the discretion of the court" (*People v Vera,* 206 AD2d 494; *see, People v Cuffy, supra; People v Barr,* 168 AD2d 625; *People v Williams,* 124 AD2d 615). Here, the Supreme Court properly exercised its discretion in denying the defendant youthful offender status (*see, People v Cuffy, supra; People v Vera, supra; People v Rivas,* 246 AD2d 488). Ritter, J. P., S. Miller, McGinity and Feuerstein, JJ., concur.